NO. 07-01-0212-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 8, 2001

______________________________

NORRIS LEROY CONKLIN,

Appellant

V.

THE CITY OF LUBBOCK, 

Appellee

_________________________________

FROM THE 287
TH
 DISTRICT COURT OF BAILEY COUNTY;

NO. 7469; HON. LEE WATERS, PRESIDING

_______________________________

Before BOYD, C.J., QUINN and REAVIS, JJ.

Norris LeRoy Conklin (appellant) attempts to perfect an appeal to this Court.  By letter from this Court dated July 16, 2001, we informed appellant that the filing fee of $125.00 required to perfect this appeal was outstanding and that the failure to pay same by July 27, 2001 would result in the dismissal of his case.  To date, appellant has not paid the $125.00 filing fee. 

Due to appellant’s failure to pay the filing fee, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3 (c). 

                                                                 Per Curiam 

Do not publish.